KEITH E. EGGLETON, State Bar No. 159842
Email: keggleton@wsgr.com
DALE R. BISH, State Bar No. 235390
Email: dbish@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300

Attorneys for Defendants
Western Digital Corporation

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| JAMES RAAYMAKERS, individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>    v.<br><br>WESTERN DIGITAL CORPORATION, a Delaware corporation,<br><br>            Defendant. | CASE NO.: 5:20-cv-04091-SVK<br><br>**JOINT STIPULATION TO EXTEND THE DATE FOR DEFENDANT TO RESPOND TO OPERATIVE COMPLAINT** |

Plaintiff James Raaymakers ("Plaintiff") and Defendant Western Digital Corporation ("Defendant") (collectively, "the parties"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, on June 19, 2020, Plaintiff commenced this action by filing the original Complaint;

WHEREAS, the parties intend to seek consolidation of this matter with the related action, *Malone v. Western Digital Corp.*, Case No. 5:20-cv-03584-NC, which is also currently pending within this district, that would likely result in the filing of an amended and consolidated complaint;

1  WHEREAS, Defendant was served with the operative complaint on June 26, 2020 and, absent extension of Defendant's deadline to file a responsive pleading, Defendant's response to the complaint is currently due on or before July 17, 2020;

4  WHEREAS, the parties to this stipulation have conferred and agreed to an extension of time for Defendant to respond to allow the parties to seek consolidation the matters and thereby avoid duplicative effort, unnecessary motion practice, and result in a waste of judicial resources;

7  WHEREAS, in consideration of preserving resources and to promote efficiency, the parties have conferred and agree to extend the deadline for Defendant to answer or otherwise respond to the current complaint until August 24, 2020;

10  WHEREAS, the parties further agree that, in the event the Court consolidates the present action with *Malone* that results in the filing of a consolidated and amended complaint, Defendant's response to that complaint shall be due thirty (30) days after the filing of such complaint;

13  WHEREAS, Civil Local Rule 6-1(a) provides that parties may stipulate in writing, without a Court order, to extend the time within which to answer or otherwise respond to a complaint, provided the change will not alter the date of any event or any deadline already fixed by Court order;

17  WHEREAS, the stipulated extensions will not impact any deadline or date previously fixed by Court order;

19  NOW, THEREFORE, pursuant to Civil Local Rule 6-1(a), and with Defendant and Plaintiff reserving all rights and defenses, the parties respectfully agree that (1) the time for Defendant to respond to the current complaint is extended to August 24, 2020 and (2) if consolidation is granted, Defendant's response to the consolidated and amended complaint is due thirty (30) days after the filing of such complaint.

**IT IS SO STIPULATED.**

| | | |
|---|---|---|
| 1 | Dated: July 15, 2020 | Respectfully submitted, |
| 2 | | |
| 3 | | WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation |
| 4 | | By:   */s Keith E. Eggleton* |
| 5 | | KEITH E. EGGLETON |
| 6 | | Attorneys for Defendant |
| 7 | | WESTERN DIGITAL CORPORATION |
| 8 | | |
| 9 | Dated: July 15, 2020 | Respectfully submitted, |
| 10 | | BURSOR & FISHER, P.A. |
| 11 | | By:   */s Timothy Fisher* |
| 12 | | L. TIMOTHY FISHER |
| 13 | | Attorneys for Plaintiff<br>JAMES RAAYMAKER |

### ATTORNEY ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document hereby attests that concurrence in the filing of the document has been obtained from each of the other Signatories.

*/s Keith E. Eggleton*
Keith E. Eggleton