KEITH E. EGGLETON, State Bar No. 159842
Email: keggleton@wsgr.com
DALE R. BISH, State Bar No. 235390
Email: dbish@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300

Attorneys for Defendants
Western Digital Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| JAMES RAAYMAKERS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WESTERN DIGITAL CORPORATION, a Delaware corporation,<br><br>Defendant. | CASE NO.: 5:20-cv-04091-SVK<br><br>**DEFENDANT WESTERN DIGITAL CORPORATION'S CORPORATE DISCLOSURES AND CERTIFICATE OF INTERESTED ENTITIES** |

**CORPORATE DISCLOSURE STATEMENT (FED. R. CIV. P. 7.1)**

According to its public filing, the Vanguard Group owns 11.90% of Western Digital as of December 31, 2019 and, pursuant to Fed. R. Civ. P. 7.1, the undersigned certifies that no parent corporation or other publicly traded corporation owns ten percent or more of the stock of Western Digital Corporation.

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS (CIVIL L.R. 3-15)**

1  Pursuant to Civil L.R. 3-15, the undersigned certifies that no persons, associations of
2 persons, firms, partnerships, corporations (including parent corporations) or other entities (i)
3 have a financial interest in the subject matter in controversy or in a party to the proceeding, or
4 (ii) have a non-financial interest in that subject matter or in a party that could be substantially
5 affected by the outcome of this proceeding.

7 Dated: July 15, 2020           Respectfully submitted,

              WILSON SONSINI GOODRICH & ROSATI
              Professional Corporation

              By:      /s Keith E. Eggleton
                   KEITH E. EGGLETON

              Attorneys for Defendant
              WESTERN DIGITAL CORPORATION