| Attorney or Party without Attorney:<br>L. TIMOTHY FISHER (#SBN 191626)<br>Bursor & Fisher, P.A.<br>1990 N California Blvd Suite 940<br>Walnut Creek, CA 94596<br>　Telephone No: 925-300-4455<br>　　Attorney For: Plaintiff | Ref. No. or File No.: | For Court Use Only |
|---|---|---|

| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA |
|---|

| Plaintiff: JAMES RAAYMAKERS, individually and on behalf of all others similarly situated |
|---|
| Defendant: WESTERN DIGITAL CORPORATION |

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>5:20-CV-04091-SVK |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; CLASS ACTION COMPLAINT; CIVIL COVER SHEET; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; ECF REGISTRATION; NOTICE OF LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS; WAIVER OF THE SERVICE OF SUMMONS

3. a. Party served: WESTERN DIGITAL CORPORATION
   b. Person served: KAITLYN MANNIX, CSC LAWYERS INCORPORATING SERVICE, REGISTERED AGENT FOR SERVICE OF PROCESS

4. Address where the party was served: 2710 GATEWAY OAKS DRIVE SUITE 150N, SACRAMENTO, CA 95833

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Fri, Jun 26 2020 (2) at: 11:22 AM

6. **Person Who Served Papers:**
   a. Michael Morris (2102-33, Sacramento )
   b. FIRST LEGAL
   　1202 Howard Street
   　SAN FRANCISCO, CA 94103
   c. (415) 626-3111

   d. **The Fee** for Service was:

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

　　　　　　　　　　07/22/2020
　　　　　　　　　　(Date)　　　　　　　　　　　　　　　(Signature)



PROOF OF SERVICE

4642000
(7726104)